UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAMERON HOBBY | * | Case No. |
| | * | |
| Versus | * | |
| | * | SECTION |
| SPARROW 6 SHIPPING, INC. | * | JUDGE |
| | * | MAGISTRATE |

**************************************************************************

**COMPLAINT FOR DAMAGES**

NOW INTO COURT comes Plaintiff, **CAMERON HOBBY**, who respectfully files this Complaint for Damages against Defendant, SPARROW 6 SHIPPING, INC, *as follows:*

1.

This case is within this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. §1333, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.

Venue is proper because the Vessel was located within this district, and when the accident at issue occurred within this district.

3.

This matter is related to a current case pending in this district, *Curry, et al. v. M/V CHEMTRANS TAURUS*, et al., Case No. 2:25-cv-00429-WBV-EJD, as it arises from the same occurrence at issue in that matter, a February 23, 2025 collision between the M/V CHEMTRANS TAURUS and the F/V BRINLEY MARIE (hereinafter sometimes referred to as the "Related Matter").

4.

1

Plaintiff is an individual residing in the state of Florida, who has claims for personal injury against SPARROW 6 SHIPPING, INC., as the owner/operator of the M/V CHEMTRANS TAURUS.

**Factual Background**

5.

The M/V CHEMTRANS TAURUS is a 227 meter long crude oil tanker, with IMO Number 9295036 ("Vessel"), which was previously within this District at the time of the filing of the Related Matter.

6.

Upon information and belief, SPARROW 6 SHIPPING, INC. is the owner and/or operator/manager, and/or party in interest in the M/V CHEMTRANS TAURUS, and is a foreign entity which has operated within the state of Louisiana.

7.

On or about February 23, 2025, Billy Richard Curry was operating a fishing vessel owned by William Edward Curry, the F/V BRINLEY MARIE, IMO Number 933019, in the Gulf of Mexico, approximately six (6) miles south of Southwest Pass, Louisiana, when it was struck by the Vessel.

8.

Plaintiff CAMERON HOBBY was a crew member on board the F/V BRINLEY MARIE at the time of the collision.

9.

As Billy Richard Curry operated the vessel in a safe and non-negligent manner, it was struck by the Vessel, the M/V CHEMTRANS TAURUS, in the open water, suddenly and without warning. Upon information and belief, the Vessel was operating outside of and/or not in the proper portion of the shipping lane.

10.

As a direct result of this collision, Plaintiff CAMERON HOBBY suffered severe injuries to his head and back, and other serious injuries to his body and mind, and is entitled to recover from SPARROW 6 SHIPPING, INC. reasonable and just compensatory, special, and general damages as prayed for herein and to be awarded by this honorable Court in the following, non-exclusive respects:

(1) Past, present and future physical, mental and emotional pain and suffering;

(2) Past, present and future loss of wages, fringe benefits and wage earning capacity;

(3) Past and future physical disability;

(4) Past, present and future medical expenses; and

(5) All other special and general damages as will be shown at the trial of this matter.

11.

These damages were occasioned due to the negligent operation of the Vessel by its crew, for which the Vessel and Defendant are liable.

12.

The foregoing casualty and damages were in no way caused or contributed to by any fault or neglect or want of care on the part of Plaintiff or of anyone for whose conduct Plaintiff is responsible, but instead were the result of an caused solely by the fault, neglect, and lack of care on the part of the Vessel and Defendant.

13.

As a result of the February 23, 2025 collision with the M/V CHEMTRANS TAURUS, Plaintiff has suffered personal injury damages, for which the Vessel and Defendant are jointly and severally liable. Plaintiff has an action against Defendant for these amounts by virtue of his claims asserted under the general maritime law.

14.

No waiver is intended of any rights or remedies which Plaintiff may have against other parties involved in the incident at issue, or other rights and remedies to which Plaintiff may have under any other laws, which rights and remedies are specifically reserved.

WHEREFORE, Plaintiff, **CAMERON HOBBY**, prays that SPARROW 6 SHIPPING, INC. be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had, there be Judgment herein in favor of Plaintiff, **CAMERON HOBBY** and against the M/V CHEMTRANS TAURUS and SPARROW 6 SHIPPING, INC. for all damages to which Plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

Respectfully Submitted,

*/s/ Megan C. Misko*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101